UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

CARLOS FLORES,

                                        Plaintiff,

-against-

CITY OF NEW YORK and JOHN AND JANE DOES 1
Through 10, individually and in their official capacities,
(the names John and Jane Doe being fictitious, as the true
names are presently unknown),

                                        Defendants.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

07 Civ. 6388 (RJH)

**PLEASE TAKE NOTICE** that **David M. Hazan**, Assistant Corporation Counsel, should be added as counsel of record on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, attorney for defendant City of New York.

Dated: New York, New York
       August 15, 2007

                                        MICHAEL A. CARDOZO
                                        Corporation Counsel of the City of New York
                                        Attorney for Defendant City of New York
                                        100 Church Street, Room 3-186
                                        New York, New York 10007
                                        (212) 788-8084

                           By: *[signature]*
                                 David M. Hazan (DH-8611)
                                 Assistant Corporation Counsel
                                 Special Federal Litigation Division