UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/10/07

-------------------------------------------------------------x
                                        :
CARLOS  FLORES,                         :        07 Civ. 06388 (RJH)
                                        :
                    Plaintiff,          :
                                        :
        -against-                       :        **ORDER**
                                        :
CITY of  NEW  YORK, et al,              :
                                        :
                                        :
                    Defendant.          :
                                        :
-------------------------------------------------------------x

The pretrial conference scheduled for October 12, 2007 is rescheduled to

October 26, 2007, at 11:00 a.m., in the courtroom of the Honorable Richard J. Holwell,

Courtroom 17B, 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
October 04, 2007
SO ORDERED:

                                        Richard  J. Holwell
                                        United States District Judge