UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

CARLOS FLORES,

                   Plaintiff,

        -against-

CITY of NEW YORK, et al ,

                 Defendants.

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/07

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

07 Civ. 06388 (RJH) (DCF)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___     General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___     Specific Non-Dispositive Motion/Dispute:*

_____

_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

_X_     Settlement*

___     Inquest After Default/Damages Hearing

___     Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___     Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

___     Habeas Corpus

___     Social Security

___     Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

_____

All such motions: ____

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:     New York, New York
              October 25, 2007

_____
HON. Richard J. Holwell
United States District Judge