**LEVENTHAL & KLEIN, LLP**
ATTORNEYS AT LAW
45 MAIN STREET, SUITE 230
BROOKLYN, NY 11201

T (718) 722-4100
F (718) 522-3225

JASON LEVENTHAL, JR.
BRETT H. KLEIN

ALISON E. GUGEL

60 BAY STREET, SUITE 701
STATEN ISLAND, NY 10301

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/08

December 17, 2007

DEC 18 2007

**BY FACSIMILE**

Honorable Richard Holwell
United States District Judge
500 Pearl Street
New York, New York 10007
Facsimile No.: 212-805-7948

Re:   *Carlos Flores v. City of New York et al.*, 07 CV 6388 (RJH)

Your Honor:

    I represent the plaintiff in the above-referenced civil rights action. This letter is written to respectfully request a brief extension of time for plaintiff to amend the complaint from December 18, 2007 to January 18, 2008. This is plaintiff's first request and is made with the consent of defendants' counsel, Mr. David Hazan.

    As Your Honor may recall, plaintiff alleges that on August 16, 2006, members of the New York City Police Department falsely arrested and assaulted and battered plaintiff. Plaintiff was taken to the hospital by defendants to treat the injuries he sustained during the police attack. Thereafter, plaintiff was taken to the 25th precinct where he was released from custody and informed that he did nothing wrong.

    We cannot ascertain from the documents that defendants provided who the officers are that were involved in plaintiff's arrest and the use of force on plaintiff. Therefore, we have conferred with Assistant Corporation Counsel David Hazan, who has informed us that additional time is required for the City to investigate and identify the officers involved in the incident.

    In the meanwhile, the parties note that they are actively involved in good faith settlement negotiations, and have conferred with Magistrate Judge Freeman in that regard.

For the foregoing reasons, plaintiff respectfully requests that his time to amend the complaint be extended to January 18, 2008 so that the proper parties can be added to the case in the event that the case cannot be resolved.

Thank you for your consideration.

Respectfully submitted,

Brett H. Klein (BK4744)

cc:   ACC David Hazan

Application Granted
  So ORDERED

  [signature]
  USDJ
  1/28/07