USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

CARLOS FLORES,

                                      Plaintiff,

                      -against-

CITY OF NEW YORK, and JOHN AND JANE DOES 1
Through 10, individually and in their official capacities, (the
names John and Jane Doe being fictitious, as the true names are
presently unknown),

                                      Defendants.

**STIPULATION AND ORDER OF SETTLEMENT AND DISCONTINUANCE**

07 Civ. 6388 (RJH)

------------------------------------------------------------------X

    **WHEREAS,** plaintiff Carlos Flores commenced this action by filing a complaint on or about July 13, 2007, alleging that defendants violated his constitutional rights; and

    **WHEREAS,** defendants have denied any and all liability arising out of plaintiff's allegations; and

    **WHEREAS,** the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability; and

    **WHEREAS,** plaintiff has authorized his counsel to settle this action on the terms set forth below;

    **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, as follows:

        1. The above-referenced action is hereby dismissed, with prejudice, and without costs, expenses, or fees in excess of the amount specified in paragraph "2" below.

2. Defendant City of New York hereby agrees to pay plaintiff Carlos Flores the sum of ***Thirty Thousand Dollars ($30,000.00)*** in full satisfaction of all claims, including claims for costs, fees and expenses. In consideration for the payment of this sum, plaintiff Carlos Flores agrees to dismissal with prejudice of all claims against the individual defendants, and to release all defendants, and any present or former employees or agents of the City of New York, and the New York City Police Department, and the City of New York from any and all liability, claims, or rights of action under state or federal law which were or could have been alleged by plaintiff in this action arising from the events alleged in the complaint in this action, including claims for costs, expenses or attorneys fees.

3. Plaintiff Carlos Flores shall execute and deliver to defendants' attorney all documents necessary to effect this settlement, including, without limitation, a release based on the terms of paragraph "2" above, and an Affidavit of No Liens.

4. Nothing contained herein shall be deemed to be an admission by defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

5. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York, or the New York City Police Department.

6. This Stipulation and Order, comprising three typewritten pages, contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto or to vary the terms and conditions contained herein.

Dated: New York, New York
~~January~~ February 7, 2008

Brett H. Klein, Esq.
Leventhal & Klein, LLP
45 Main Street, Suite 820
New York, N.Y. 10007
(718) 722-4100

By: _____
Brett H. Klein, Esq.(BK4744)

MICHAEL A. CARDOZO
Corporation Counsel
  of the City of New York
Attorney for Defendant City of New York
100 Church Street, Room 3-186
New York, N.Y. 10007
(212) 788-8084

By: _____
David M. Hazan (DH-8611)
Assistant Corporation Counsel
Special Federal Litigation Division

SO ORDERED:

_____
Honorable Richard J. Holwell
United States District Judge, S.D.N.Y.

2/14/08

The Clerk is requested to close this case.

- 3 -